IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:22-cv-00452
JOANNE CANNATA DIBLASI

Plaintiff,

v.

UNITED STATES OF AMERICA

Defendant.

## COMPLAINT

Plaintiff, above-named, by and through her attorneys Hull and Zimmerman P.C. for Complaint against the Defendant alleges and avers as follows:

1. Plaintiff brings this action under the Federal Tort Claims Act, 28 U.S.C. §2671, *et seq*., against the United States of America (hereafter "Defendant United States") for injuries, damages, and losses sustained by Plaintiff as a result of a car crash involving a United States Post Office employee and vehicle (hereafter "USPS"). The USPS is an independent establishment of the executive branch of the Defendant United States.

2. Plaintiff seeks to pursue her claims against the Defendant United States under the Federal Tort Claims Act for money damages as compensation for personal injuries caused by the negligence of the Defendant United States.

3. Plaintiff filed her administrative claim with the USPS on July 7, 2021.

4. More than six months have elapsed from the time the Plaintiff submitted her administrative claim, and the USPS has failed to deny her claim.

5. Plaintiff has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. (See Standard Form 95 attached hereto as Exhibit 1).

6. Plaintiff timely filed this matter and served the notice of his claim on the USPS less than two years after the incident, which forms the basis of this matter.

7. Plaintiff has properly commenced this action under 28 U.S.C. § 2401(b).

## JURISDICTION

8. This court has proper jurisdiction over Plaintiff's claims against the United States of America under 28 U.S.C. § 1346(b)(I).

9. This court is the proper venue under 28 U.S.C. § 1402(b) as the acts and omissions giving rise to Plaintiff's claims occurred in Colorado.

## PARTIES

10. At all relevant times herein, Plaintiff has been a resident of the State of Colorado.

11. The Defendant United States is an appropriate Defendant under the Federal Tort Claims Act.

## FACTUAL ALLEGATIONS

12. On or about November 17, 2019, at approximately 10 A.M., Plaintiff was driving west bound on 144th Avenue approaching the intersection with Zuni Street.

13. At the same time, Margaret Garvert was driving a 1992 Chevrolet van, bearing Colorado license plate number 2208030.

14. Such van is owned by USPS.

15. At such time, Margaret Garvert was an employee of USPS and was within the course and scope of her employment with USPS.

16. Margaret Garvert was driving eastbound on 144th Avenue approaching the intersection with Zuni Street.

17. Margaret Garvert attempted to make a U-turn onto westbound 144th Avenue.

18. Margaret Garvert did not have the right of way to enter westbound 144th Avenue.

19. Plaintiff had the right of way to proceed westbound through the intersection with Zuni Street.

20. Margaret Garvert was negligent in attempting to make a U-turn onto westbound 144th Avenue.

21. As a direct and proximate result of Margert Garvert's negligent driving, Plaintiff's car and the USPS vehicle driven by Margaret Garvert collided.

22. As a direct and proximate result of such collision, Plaintiff experienced harm and losses, including but not limited to medical expense, injury, property damage, rental car expense, and lost wages. The value of such losses exceeds $75,000.00

**FIRST CLAIM FOR RELIEF**
**(Vicarious Liability – Defendant United States of America)**

23. Plaintiff incorporates the allegations set forth in all the above paragraphs.

24. Defendant United States is vicariously liable for the negligent conduct of the USPS employee, Margaret Garvert.

25. Plaintiff is entitled to compensation from Defendant for the injuries and losses sustained as a result of the negligent conduct of the USPS employee, Margaret Garvert.

WHEREFORE, Plaintiff prays that this Honorable Court will grant judgment in her favor and against the Defendant in an amount to be determined by the trier of fact, plus pre-judgment and post-judgment interest as provide by law, costs, and for such other and further relief as this Court deems just and proper in the premises.

Respectfully submitted this 22nd day of February 2022.

           HULL & ZIMMERMAN, P.C.
           *The duly signed original held in the file located at Hull & Zimmerman, P.C.*

           /s/ *Michael A. Zimmerman*
           M. Alex Zimmerman
           Attorney for Plaintiff
           11178 Huron Street, Unit 2
           Northglenn, CO 80234
           (303) 423-1770

Plaintiff's Address:
13822 Josephine Court
Thornton, CO 80602